**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **DIANE SMYERS**, *et al.*, | Case No. 2:17-cv-1110 |
| On behalf of themselves and other members of the general public similarly situated, | Chief Judge Algenon L. Marbley |
| | Magistrate Judge Chelsea M. Vascura |
| Plaintiffs, | |
| v. | |
| **OHIO MULCH SUPPLY, INC.**, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| **RAY CARTER**, *et al.*, | |
| | Case No. 2:19-cv-1632 |
| On behalf of themselves and other members of the general public similarly situated, | Chief Judge Algenon L. Marbley |
| | Magistrate Judge Chelsea M. Vascura |
| Plaintiffs, | |
| v. | |
| **OHIO MULCH SUPPLY, INC.**, *et al.*, | |
| Defendants | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 1, 2021 Opinion and Order, the Court **GRANTED** the Motion for Attorney Fees. The Courts prior approval of the Settlement Agreement **STANDS,** but without the modification to the Parties agreed upon attorneys fees. This action is hereby **DISMISSED with prejudice** per the terms of the settlement agreement. The Court retains jurisdiction over the Actions to enforce the terms of the Settlement.

**Date: November 1, 2021**　　　　　　　　**Richard W. Nagel, Clerk**

　　　　　　　　　　　　　　　　　　　　　 s/Betty L. Clark  
　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk